[No. 4463.    Decided December 31, 1902.]

STATE OF WASHINGTON *on the Relation of F. P. Race et al., Respondents*, v. REBECCA GRAHAM *et al., Appellants*.

Appeal from Superior Court, Island County.—HON. GEORGE C. HATCH, Judge.   Reversed.

*S. D. King*, for appellants.

*A. W. Buddress*, for respondents.

PER CURIAM.—The motion to dismiss in this case will be overruled, and, for the reasons expressed in the opinion in *State ex rel. Race v. Cranney*, 30 Wash. 594, the judgment will be reversed, with orders to dismiss the petition.